UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LU YANG,<br><br>　　　　Plaintiff, Pro Se<br><br>　　　　v.<br><br>DAVID M. RADEL, U.S. Citizenship and Immigration Services Los Angeles Asylum Office Director.,<br><br>　　　　Defendant. | No. 2:24-cv-1104-WLH-BFM<br><br>**ORDER RE JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION [8]**<br><br>Honorable Wesley L. Hsu<br>United States District Judge |

    Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed and administratively closed until July 18, 2025. The parties shall file a joint status report on July 18, 2025, if the action has not been dismissed by that date.

Dated: April 16, 2024

                                                _____
                                                HON. WESLEY L. HSU
                                                UNITED STATES DISTRICT JUDGE